IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NOAH CARTER                           :         CIVIL ACTION
                                      :
    v.                                :
                                      :
DR. RALPH SMITH, et. al.              :         NO. 08-279

O'NEILL, J.

### ORDER

AND NOW, this 22nd day of September 2009, upon consideration of defendants' motions to dismiss and plaintiff's responses, it is ORDERED that:

1. Defendants' motions to dismiss claims against Donald T. Vaughn and David DiGuglielmo are DENIED;

2. Counsel should agree to a discovery schedule and submit a proposed Order to this Court within 15 business days from this date.

_____
THOMAS N. O'NEILL, JR., J.