IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOAH CARTER | : | CIVIL ACTION |
| | : | NO. 08-279 |
| v. | : | |
| | : | |
| DR. RALPH SMITH, et al. | : | |

## ORDER

AND NOW, this 13th day of June, 2011, after consideration of defendants' motions for summary judgment and plaintiff's response, it is ORDERED that defendants' motions are GRANTED and JUDGMENT IS ENTERED in favor of defendants Julie Knauer, Myron Stanishefski, David DiGuglielmo, Prison Health Services, Inc. and Richard Stefanic and against plaintiff Noah Carter. It is FURTHER ORDERED that plaintiff's claim against Ralph Smith is DISMISSED for failure to exhaust administrative remedies.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.